# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSE OSCAR ROBLEDO-NORIEGA,
Petitioner,
vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE;
AND THE HONORABLE ROBERT W.
LANE, DISTRICT JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81692

**FILED**

SEP 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

This original pro se petition for a writ of mandamus argues that the district court incorrectly deprived petitioner of credit for time served in the judgment of conviction.

We have considered the petition, and we decline to exercise our original jurisdiction in this matter. *See* NRS 34.170; NRAP 21(b)(1); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Here, petitioner must "file a postconviction petition for a writ of habeas corpus to obtain relief from the conviction or sentence . . . ." Such a petition, filed in the county in which the petitioner is incarcerated, "[is] the only remedy available to an incarcerated person to challenge the computation of time that the person has served pursuant to a judgment of conviction." NRS 34.724(2)(c); *see* NRS 34.738(1).

20-34120

Accordingly, without deciding upon the merits of any claims raised, we

ORDER the petition DENIED.

_____ *Pickering* , C.J.
Pickering

_____ , J.
Hardesty

_____ , J.
Silver

cc:   Hon. Robert W. Lane, District Judge
Jose Oscar Robledo-Noriega
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk